In the Matter of LILLIAN SS. and Another, Children Alleged to be Neglected. ULSTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BRIAN SS., Appellant. (Proceeding No. 1.)

In the Matter of LILLIAN SS. and Another, Children Alleged to be Neglected. ULSTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KERI SS., Appellant. (Proceeding No. 2.)

Submitted February 27, 2017; decided May 9, 2017

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

Judge STEIN taking no part.

In the Matter of NEW YORK CITY ASBESTOS LITIGATION.

LARAINE SWEBERG, Individually and as Executrix of IVAN SWEBERG, Deceased, Respondent, v ABB, INC., et al., Defendants, and CRANE CO., Appellant.

Submitted March 6, 2017; decided May 9, 2017

Motion for reargument of motion for leave to appeal denied [see 28 NY3d 1165 (2017)].

NOMURA HOME EQUITY LOAN, INC., SERIES 2006-FM2, by HSBC Bank USA, National Association, Solely in its Capacity as Trustee, et al., Respondents, v NOMURA CREDIT & CAPITAL, INC. Appellant.

NOMURA HOME EQUITY LOAN, INC., SERIES 2007-3, by HSBC Bank USA, National Association, Solely in its Capacity as Trustee, Respondent, v NOMURA CREDIT & CAPITAL, INC., Appellant.

NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AF 2, by HSBC Bank USA, National Association, as Trustee, Respondent, v NOMURA CREDIT & CAPITAL, INC., Appellant.

NOMURA HOME EQUITY LOAN, INC., HOME EQUITY LOAN TRUST, SERIES 2007-2 by HSBC Bank USA, National Association, as Trustee, Respondent, v NOMURA CREDIT & CAPITAL, INC., Appellant.

Decided May 9, 2017

Reported below, 133 AD3d 96.

Reargument ordered for a future Court of Appeals session.

MICHAEL PALMERI, Appellant, v CINDY PALMERI, Respondent.

Submitted April 17, 2017; decided May 9, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

VASSILIS PANAGOULOPOULOS et al., Appellants, v CARLOS ORTIZ JR. MD, P.C., et al., Respondents.

Submitted March 27, 2017; decided May 9, 2017

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

VASSILIS PANAGOULOPOULOS et al., Appellants, v CARLOS ORTIZ JR. MD, P.C., et al., Respondents.

Submitted April 10, 2017; decided May 9, 2017